TOWN OF BROOKHAVEN, Respondent, v. SAMUEL F. ROBINSON, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

FREDERICK C. TROWBRIDGE, as Sole Qualified Executor, etc., of HENRY TROWBRIDGE, Deceased, Respondent, v. ELLIS P. EARLE and Others, Defendants. GEORGE C. MARTENS, Purchaser, Appellant.— Order of the County Court of Queens county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concurred.

VILLAGE OF HEMPSTEAD, Respondent, v. PHILIP MAIER, Appellant.— Judgment of the County Court of Nassau county reversed, and new trial ordered, costs to abide the event, upon the ground that it was not proven that the certification of the copy of the ordinance served on defendant showed entry of the ordinance in the minutes. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

MARIE WIGGINS, Respondent, v. HARRY H. WIGGINS, Appellant.— Judgment and order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

*Decisions by the Presiding Justice on Applications to Appeal from the Appellate Term.*

GEORGE A. TOOKER, Plaintiff, v. GULF NAVIGATION CORPORATION and Another, Defendants.— Application denied, with ten dollars costs.

CHARLES LINDEMAN, Respondent, v. EMPIRE STATE DAIRY COMPANY, Appellant.— Application denied, with ten dollars costs. (See *Handy* v. *Butler*, 183 App. Div. 359.)

FRANK McQUADE, Respondent, v. THE CITY OF NEW YORK, Appellant.— Application denied, without costs. (See *Handy* v. *Butler*, 183 App. Div. 359.)

·FENWICK B. SMALL, Respondent, v. KOBRE ASSETS CORPORATION, Appellant.— Application denied, with ten dollars costs. (See *Handy* v. *Butler*, 183 App. Div. 359.)